UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PATRICK D. BORDEN,

          Plaintiff,

      v.                        Case No. 25-CV-1219

FRANK J. BISIGNANO,
**Commissioner of the Social
Security Administration,**

          Defendant.

## ORDER GRANTING PLAINTIFF'S REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

The plaintiff Patrick D Borden recently filed a complaint against the Commissioner of the Social Security Administration. Accompanying Borden's complaint was a Request to Proceed in District Court without Prepaying the Filing Fee.

Having reviewed this motion, the court concludes that Borden lacks the resources to pay the filing fee. Accordingly, Borden's Request to Proceed in District Court without Prepaying the Filing Fee is **granted**.

Moreover, the court concludes that at this time Borden's complaint is not subject to dismissal under 28 U.S.C. § 1915(e)(2). Therefore, the Clerk shall serve the Commissioner.

This matter shall proceed in accordance with the schedule set forth in the briefing letter the Clerk of Court shall issue promptly.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 20th day of August, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge
